**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY TYRONE WILLIAMS,  )<br>                              )<br>           Petitioner,   )<br>                              )<br>      v.                      )<br>                              )<br> WARDEN,                       )<br>                              )<br>           Respondent.   )<br> _____) | NO. CV 15-8780-JVS(E)<br><br><br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

   DATED: December 10, 2015.

   _____
           JAMES V. SELNA
       UNITED STATES DISTRICT JUDGE